**WORD TO INFO, INC.,**
**Plaintiff-Appellant**

v.

**FACEBOOK INC., Defendant-Appellee**

2017-1431

United States Court of Appeals, Federal Circuit.

November 8, 2017

MICHAEL D. SAUNDERS, Farney Daniels, PC, San Mateo, CA, argued for plaintiff-appellant. Also represented by JONATHAN DANIEL BAKER; STEVEN R. DANIELS, WILLIAM BRYAN FARNEY, Georgetown, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by LOWELL D. MEAD, MARK R. WEINSTEIN.

(Moore, Chen, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**